AO 91 (Rev. 11/11) Criminal Complaint    AUSA Matthew L. Kutcher (312) 469-6132

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED APR 2 7 2018 Magistrate Judge Sidney I. Schenkier United States District Court

FILED APR 27 2018 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

EARRIOUS MOORE

CASE NUMBER:
UNDER SEAL

**18CR 261**

MAGISTRATE JUDGE SCHENKIER

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2119 | with the intent to cause death or serious bodily harm, attempted to take a motor vehicle, namely a 2016 Marcedes Benz S550 4MATIC, with VIN WDDUG8FBXGA203816, which had been transported, shipped, or received in interstate or foreign commerce, from the person or presence of another by force and violence or by intimidation |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

_____
Ricky Villacis,
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me and signed in my presence.

Date: April 27, 2018

_____
Judge's signature

City and state: Chicago, Illinois

SIDNEY I. SCHENKIER, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS } ss

## **AFFIDAVIT**

I, Ricky Villacis, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, and have been so employed for four years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Earrious Moore has violated Title 18, United States Code, Section 2119. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MOORE with vehicular hijacking, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, experience, training, information provided to me by other law enforcement officers, their experience and law enforcement reports.

4. Based on information contained in this Affidavit, there is probable cause to believe that on or about April 26, 2018, in Chicago, in the Northern District of Illinois, EARRIOUS MOORE, with the intent to cause death or serious bodily harm, attempted to take a motor vehicle, namely a 2016 Mercedes Benz S550 4MATIC, with

VIN WDDUG8FBXGA203816, which had been transported, shipped, or received in interstate or foreign commerce, from the person or presence of another by force and violence or by intimidation.

**SUMMARY OF PROBABLE CAUSE**

5. Based on information I received from Chicago Police Department officers, at approximately 6:00 p.m. on April 26, 2018, Chicago Police Department officers on routine patrol were alerted to a carjacking incident in which an offender used a semi-automatic handgun to take a 2015 Jeep Patriot from a victim near 1000 N. Rush Street in Chicago. Soon after, Chicago Police Department officers were alerted to another attempted carjacking near 1440 N. Lake Shore Drive. Chicago Police Department officers responding to that incident encountered EARRIOUS MOORE in the lobby of 1440 N. Lake Shore Drive and placed him into custody. At the time of his arrest, MOORE was in possession of a two-toned silver black semi-autmatic .40 caliber Smith & Wesson handgun with an extended magazine.

6. Based on reports of Chicago Police Department officers, Individual A reported that he/she was positioned in a car near a black Mercedes Benz that was parked near 1440 N. Lake Shore Drive. Individual A stated that he/she saw MOORE discharge a firearm at Victim A while Victim A was sitting in the black Mercedes Benz. Individual A then saw MOORE run from the Mercedes. According to Chicago Police Department reports, Victim A was shot in the left shoulder and subsequently transported to a hospital for treatment.

7. MOORE was transported by Chicago Police Department officers to a Chicago Police Department police station. MOORE was read his *Miranda* rights and was interviewed. During that interview, MOORE admitted to attempting to hijack the Mercedes Benz positioned near 1440 N. Lake Shore Drive on April 26, 2018.

8. According to Chicago Police Department reports, Victim A was shot while he/she was sitting in a black Mercedes Benz with Illinois License Plate number E535203. According to records obtained from the Illinois Secretary of State, Illinois License Plate number E535203 is assigned to a 2016 Mercedes Benz S550 4MATIC with VIN WDDUG8FBXGA203816. According to public sources, the 2016 Mercedes Benz S550 4MATIC, with VIN WDDUG8FBXGA203816, was manufactured in Germany, and first offered for sale in the United States in Lexington, Kentucky, before being transported to Illinois.

## CONCLUSION

9. Based on the foregoing, I believe there is probable cause to believe that on or about April 26, 2018, in Chicago, in the Northern District of Illinois, EARRIOUS MOORE, with the intent to cause death or serious bodily harm, attempted to take a motor vehicle, namely a 2016 Mercedes Benz S550 4MATIC, with VIN WDDUG8FBXGA203816, which had been transported, shipped, or received in

3

interstate or foreign commerce, from the person or presence of another by force and violence or by intimidation.

FURTHER AFFIANT SAYETH NOT.

_____
Ricky Villacis
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN
to before me on April 27, 2018.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

4