# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA
                                 Plaintiff,

v.                                                    Case No.: 1:18−cr−00261
                                                        Honorable Elaine E. Bucklo

Earrious Moore
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

       MINUTE entry before the Honorable Elaine E. Bucklo, as to Earrious Moore: Sentencing held on 11/22/2024. Judgment to follow. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.